Presented to the Court by the foreman of the
Grand Jury in open Court, in the presence of
the Grand Jury and FILED in the U.S.
DISTRICT COURT at Seattle, Washington.

March 12, 2025

Ravi Subramanian, Clerk

By_____ Deputy

# UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF WASHINGTON
## AT TACOMA

UNITED STATES OF AMERICA,

      Plaintiff,

      v.

JESSE DENHAM,

      Defendants.

NO.  CR 25-5045 BHS

**INDICTMENT**

The Grand Jury charges that:

## COUNT 1

### (Possession of a Controlled Substance with Intent to Distribute)

On or about November 20, 2024, in Thurston County, within the Western District of Washington, JESSE DENHAM did knowingly and intentionally possess, with the intent to distribute, a controlled substance, including: methamphetamine, a substance controlled under Title 21, United States Code.

The Grand Jury further alleges that the offense involved 50 grams or more of methamphetamine, its salts, isomers, or salts of its isomers, and 500 grams or more of a mixture or substance containing a detectable amount of methamphetamine, its salts, isomers, or salts of its isomers.

Indictment - 1
*United States v. Denham*
USAO No. 2025R00269

UNITED STATES ATTORNEY
1201 PACIFIC AVE., SUITE 700
TACOMA, WASHINGTON 98402
(253) 428-3822

All in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A).

## COUNT 2

### (Unlawful Possession of a Firearm)

On or about April 24, 2024, in Thurston County, within the Western District of Washington, JESSE DENHAM, knowing he had been convicted of the following crimes punishable by a term of imprisonment exceeding one year:

i. *Bank Fraud*, in United States District Court for the Western District of Washington, under case number CR17-5379 BHS, on or about April 9, 2018;

ii. *Aggravated Identity Theft*, in United States District Court for the Western District of Washington, under case number CR17-5379 BHS, on or about April 9, 2018;

iii. *Felon in Possession of a Firearm*, in United States District Court for the Western District of Washington, under case number CR17-5379 BHS, on or about April 9, 2018;

iv. *Burglary in the Second Degree,* in Kitsap County Superior Court, under case number 17-1-01550-2, on or about April 2, 2018;

v. *Forgery,* in Thurston County Superior Court, under case number 12-1-00153-1, on or about February 6, 2012; and

vi. *Theft in the First Degree,* in Thurston County Superior Court, under case number 08-1-01726-9, on or about August 4, 2008,

did knowingly possess, in and affecting interstate and foreign commerce, a firearm, that is: a Glock-type 9mm caliber handgun.

All in violation of Title 18, United States Code, Section 922(g)(1).

Indictment - 2
*United States v. Denham*
USAO No. 2025R00269

UNITED STATES ATTORNEY
1201 PACIFIC AVE., SUITE 700
TACOMA, WASHINGTON 98402
(253) 428-3822

## FORFEITURE ALLEGATION

The allegations contained in Counts 1 and 2 of this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeiture.

Upon conviction of the offense alleged in Count 1, JESSE DENHAM shall forfeit to the United States pursuant to Title 21, United States Code, Section 853, any property that constitutes or is traceable to proceeds of the offense, as well as any property that facilitated the offense.

Upon conviction of the offense alleged in Count 2, JESSE DENHAM shall forfeit to the United States pursuant to Title 18, United States Code, Section 924(d)(1), by way of Title 28, United States Code, Section 2461(c), any firearms and ammunition that were involved in the offense.

//

//

Indictment - 3
*United States v. Denham*
USAO No. 2025R00269

UNITED STATES ATTORNEY
1201 PACIFIC AVE., SUITE 700
TACOMA, WASHINGTON 98402
(253) 428-3822

**Substitute Assets.** If any of the above-described forfeitable property, as a result of any act or omission of the defendant,

      i.      cannot be located upon the exercise of due diligence;

      ii.      has been transferred or sold to, or deposited with, a third party;

      iii.      has been placed beyond the jurisdiction of the Court;

      iv.      has been substantially diminished in value; or,

      v.      has been commingled with other property which cannot be divided without difficulty,

it is the intent of the United States to seek the forfeiture of any other property of the defendant, up to the value of the above-described forfeitable property, pursuant to Title 21, United States Code, Section 853(p).

A TRUE BILL: *yes*

DATED: 3|12|2025

*Signature of Foreperson redacted pursuant to the policy of the Judicial Conference of the United States.*

_____

FOREPERSON

_____

TEAL LUTHY MILLER
Acting United States Attorney

_____

VINCENT T. LOMBARDI
Assistant United States Attorney

_____

MAX B. SHINER
Assistant United States Attorney

_____

CRYSTAL CORREA
Assistant United States Attorney

Indictment - 4
*United States v. Denham*
USAO No. 2025R00269

UNITED STATES ATTORNEY
1201 PACIFIC AVE., SUITE 700
TACOMA, WASHINGTON 98402
(253) 428-3822