THE HONORABLE BENJAMIN H. SETTLE

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR25-5045 BHS |
| Plaintiff, ) | |
| v. ) | ORDER TO EXTEND PRETRIAL MOTIONS DEADLINE |
| JESSE DENHAM, ) | |
| Defendant. ) | |

THE COURT has considered the unopposed motion to extend the pretrial motions deadline along with the records in this case.

IT IS ORDERED that the due date for pretrial motions is extended to April 22, 2025.

DONE this 15th day of April, 2025.

BENJAMIN H. SETTLE
United States District Judge

Presented by:

s/ *Heather Carroll*
Assistant Federal Public Defender
Attorney for Jesse Denham

ORDER TO EXTEND PRETRIAL
MOTIONS DEADLINE
(*United States v. Denham*, CR25-5045 BHS) - 1

FEDERAL PUBLIC DEFENDER
1331 Broadway, Suite 400
Tacoma, WA 98402
(253) 593-6710