THE HONORABLE BENJAMIN H. SETTLE

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                        Plaintiff,<br><br>        v.<br><br>JESSE DENHAM,<br><br>                        Defendant. | No.  3:25-CR-5045-BHS<br><br>ORDER GRANTING STIPULATED<br>MOTION TO CONTINUE TRIAL |

THIS MATTER is before the Court on the parties' stipulated motion to continue trial to January 20, 2026, Dkt. 111. The Court makes the following findings of fact and conclusions of law, in addition to those set out in the stipulated motion to continue trial:

(a) taking into account the exercise of due diligence, a failure to grant a continuance in this case would deny counsel for the defendant the reasonable time necessary for effective preparation due to counsel's need for more time to review the evidence, consider possible defenses, and gather evidence material to the defense, as set forth in 18 U.S.C. § 3161(h)(7)(B)(iv); and

STIPULATED MOTION TO CONTINUE TRIAL DATE - 1

1    (b) a failure to grant such a continuance in this proceeding would likely

2    result in a miscarriage of justice, as set forth in 18 U.S.C. § 3161(h)(7)(B)(i); and

3    (c) the additional time requested is a reasonable period of delay, since

4    defense counsel was just appointed one week ago, there was extensive pretrial

5    litigation, and defense counsel asserts that additional pretrial motions may be

6    warranted. Counsel for defendant also asserts a continuance is necessary to

7    adequately prepare for trial, to investigate the matter further, to gather additional

8    evidence material to the defense, and to consider possible defenses; and

9    (e) the ends of justice will best be served by a continuance, and the ends of

10    justice outweigh the best interests of the public and the defendant in a speedy trial,

11    as set forth in 18 U.S.C. § 3161(h)(7)(A); and

12    (f) the additional time requested between the previously scheduled trial date

13    of November 10, 2025, and the new trial date of January 20, 2026, is necessary to

14    provide counsel for the defendant reasonable time to prepare for trial considering

15    all of the facts set forth above and is excludable under 18 U.S.C. §§ 3161(h)(7)(A),

16    (B)(i), and (B)(iv); and

17    (g) the requested continuance is not due to congestion of the Court's

18    calendar or the unavailability of government witnesses.

19

20

STIPULATED MOTION TO CONTINUE TRIAL DATE - 2

1    (h) the defense counsel asserts that the defendant understands the trial

2  preparation that needs to occur, however, he does not wish to execute a waiver of

3  his right to a speedy trial.

4    The parties agree on a trial date of January 20, 2026. However, the parties

5  do not agree on whether Denham should be allowed to file additional pretrial

6  motions. Dkt. 111 at 2. Defense counsel states that she has a "possible need for

7  additional pretrial motions." *Id.* The Government reserves its "right to object to

8  such motions and to reinstating the motions deadline." *Id.*

9    Because the trial date is approaching, the Court has already extended the

10  pretrial motions deadline, and Denham has filed multiple pretrial motions, the

11  Court sets an expedited schedule for the filing of additional pretrial motions.

12  Motions shall be filed on or before November 24, 2025, a response is due on or

13  before December 3, 2025, and any reply is due on or before December 11, 2025. In

14  its response, the Government may include its objections to the motions and how it

15  is prejudiced by it.

16    IT IS THEREFORE ORDERED that the trial date in this matter shall be

17  continued to January 20, 2026, and that any additional pretrial motions shall be

18  filed no later than November 24, 2025. Proposed voir dire is due 10 days before

19  trial; jury instructions and trial briefs are due 14 days before trial for the

20

STIPULATED MOTION TO CONTINUE TRIAL DATE - 3

1  government and 10 days before trial for the defense.  Pretrial Conference is set

2  for January 12, 2026, at 9:30 a.m.

3    IT IS SO ORDERED.

4    DATED this 13th day of November, 2025.

5

6

7

8  _____

BENJAMIN H. SETTLE
9  United States District Judge

10

11

12

13

14

15

16

17

18

19

20

STIPULATED MOTION TO CONTINUE TRIAL DATE - 4